**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01136-WJM-BNB

WASTE CONNECTIONS OF COLORADO, INC., a Delaware Corporation

    Plaintiff,

v.

U.S. WASTE INDUSTRIES, LLC, an Arizona Corporation

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

This matter comes before the Court on Defendant's Stipulated Motion to Dismiss with Prejudice, filed July 15, 2011 (ECF No. 7). The Court being fully advised hereby ORDERS as follows:

The Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay its own attorneys' fees and costs.

Dated this 15th day of July, 2011.

                                                      BY THE COURT:

                                                      _____
                                                      William J. Martínez
                                                      United States District Judge